UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MORRIS GRIFFIN (#702022)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

NO. 19-684-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 3, 2022, (Doc. 21), to which an objection was filed and considered (Doc. 22);

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, and that this proceeding shall be dismissed.

**IT IS FURTHER ORDERED** that in the event the petitioner pursues an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 1, 2022.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA